**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*
*Progressive Direct Insurance Co.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTAWN PRICE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> JASMIN VARGAS; PROGRESSIVE DIRECT INSURANCE COMPANY; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No:   2:25-cv-00714-JAD-MDC <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> ECF Nos. 6, 10 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, ANTAWN PRICE, by and through his attorney of record, James J. Ream, Esq. of the Law Offices of James J. Ream, and Defendant PROGRESSIVE DIRECT INSURANCE COMPANY, by and through its attorney William H. Pruitt, Esq. of the law firm Barron & Pruitt, LLP, that the above-entitled matter may be dismissed in its entirety, with prejudice, each party to bear its own costs and fees.

DATED this __23__ day of June, 2025
BARRON & PRUITT, LLP

*/s/ William H. Pruitt*

WILLIAM H. PRUITT, ESQ. Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, NV 89031
*Attorneys for Defendant*

DATED this 23 day of June, 2025
LAW OFFICES OF JAMES J. REAM

JAMES J. REAM, ESQ.
Nevada Bar No. 3573
106 South Jones Blvd.
Las Vegas, Nevada 89107
*Attorney for Plaintiff*

## ORDER

Based on the parties' stipulation **[ECF No. 10]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The motion to remand **[ECF No. 6]** is DENIED as moot.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 25, 2025